IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD BRINSKELE,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant.<br>_____/ | No. 13-MISC-80094 JSW<br><br>**ORDER TO SHOW CAUSE RE SERVICE OF REPORT AND RECOMMENDATION** |

On July 3, 2013, Magistrate Judge Ryu issued a Report and Recommendation in which she recommended granting the United States of America's Application for a Writ of Garnishment. Any objections to the Report and Recommendation would have been due 14 days after a party was served with the Report. 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(a); N.D. Civ. L.R. 72-2.

It is not clear that the United States served a copy of the Report and Recommendation on the debtor or the Garnishee. Accordingly, the United States is HEREBY ORDERED TO SHOW CAUSE why service should not be effected before the Court rules on the pending Report and Recommendation. The United States' response shall be due by August 23, 2013, unless it files a proof of service prior to that date.

//

//

//

//

It is FURTHER ORDERED that the United States shall serve a copy of this Order on all interested parties and shall file proof of such service by no later than August 23, 2013.

**IT IS SO ORDERED.**

Dated: August 12, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE