MELINDA HAAG (CABN 13612)
United States Attorney

KATHERYN KENEALLY
Assistant Attorney General for Tax Division

ALLIE C. YANG-GREEN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 310
Washington, DC 20044
Phone: 202-514-9641
Fax: 202-514-9477
Allie.C.Yang-Green@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD A. BRINSKELE,<br><br>      Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant.<br><br>VIR2US, INC.,<br><br>      Garnishee. | Case No. 3:13-mc-80094-JSW (DMR)<br><br>[~~Proposed~~]<br>ORDER TO SHOW CAUSE RE WRIT OF GARNISHMENT DIRECTED TO VIR2US, INC. <u>AS AMENDED</u> |

      Having considered the United States' Motion for Order to Show Cause Directed to Garnishee Vir2us, Inc., and any responses thereto, it is hereby ordered that:

    1. United States' Motion for Order to Show Cause Directed to Garnishee Vir2us, Inc. is granted;

1

10786139.1

2. Garnishee Vir2us, Inc. ("Garnishee") shall appear before this Court on the 23rd day of January, 2014, at 11:00 a.m., at the U.S. District Court, 1301 Clay Street, Oakland, California 94612 (for courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge Ryu's calendar)), and show cause, if any, why the Garnishee failed to comply with the writ of garnishment issued on October 24, 2013 (Dkt. No. 13) ("Writ"), and why the Court should not enter judgment against the Garnishee for the value of Judgment Debtor Edward Brinskele ("Debtor")'s nonexempt interest in property that was and is within the Garnishee's custody, control or possession, as of October 28, 2013;

3. The Garnishee shall appear on the above-listed time and place and answer the Writ;

4. The Garnishee shall withhold and retain any property within its custody, control or possession, in which the Debtor has a substantial nonexempt interest and for which the Garnishee is or may become indebted to the Debtor.

Upon receipt of this Order, the United States shall immediately serve a copy of the Order on the Debtor and the Garnishee and file a proof of service.

IT IS SO ORDERED on 12th day of December, 2013.

_____
Hon. Donna M. Ryu
United States Magistrate Judge



10786139.1